# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT


**17-318 consolidated with 17-296, 17-297, 17-298, 17-299, 17-300, 17-301, 17-302, 17-303, 17-304, 17-305, 17-306, 17-307, 17-308, 17-309, 17-310, 17-311, 17-312, 17-313, 17-314, 17-315, 17-316, 17-317, 17-319, 17-320, and 17-321**


**KENNETH PAPPION, INDIVIDUALLY**

**VERSUS**

**CITGO PETROLEUM CORPORATION, ET AL.**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NOS. 2007-2497, 2007-2492, 2007-2498, 2007-2519, 2007-2911, 2007-3324, 2007-2921, 2007-3482, 2007-3394, 2007-2919, 2007-2610, 2007-2521, 2007-2625, 2007-2515, 2007-2507, 2007-2915, 2007-2598, 2007-2511, 2007-3332, 2007-2929, 2007-2603, 2010-922, 2007-2932, 2007-3337, 2007-2516, and 2007-2502
HONORABLE SHARON D. WILSON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*


**ULYSSES GENE THIBODEAUX**
**CHIEF JUDGE**

\*\*\*\*\*\*\*\*\*\*


Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Shannon J. Gremillion, Judges.

**AFFIRMED.**


**Mat Marion Gray, III**
**Ashley E. Bane**
**Fowler Rodriguez**
**400 Poydras Street - 30th Floor**
**New Orleans, LA 70130**
**Telephone:  (504) 523-2600**
**COUNSEL FOR:**
     **Other - Louisiana Surplus Lines Association**

**Robert E. Landry**
**Kevin Paul Fontenot**
**Scofield, Gerard, Pohorelsky, Gallaugher & Landry**
**901 Lakeshore Drive – Suite 900**
**Lake Charles, LA 70601**
**Telephone:  (337) 433-9436**
**COUNSEL FOR:**
     **Defendant/Appellant - CITGO Petroleum Corporation**

**Kirk Albert Patrick, III**
**Donahue, Patrick & Scott**
**450 Laurel Street - Suite 1600**
**Baton Rouge, LA 70801**
**Telephone:  (225) 214-1908**
**COUNSEL FOR:**
     **Defendant/Appellee - R & R Construction, Inc.**

**Wells T. Watson**
**Jake Buford**
**Baggett, McCall , Burgess, Watson & Gaughan**
**3006 Country Club Road**
**Lake Charles, LA 70605**
**Telephone:  (337) 478-8888**
**COUNSEL FOR:**
     **Plaintiff/Appellee - Emma Bradford**

**Marshall Joseph Simien, Jr.**
**Simien Law Firm**
**2129 Fitzenreiter Road**
**Lake Charles, LA 70601**
**Telephone:  (337) 497-0022**
**COUNSEL FOR:**
     **Defendant/Appellant - CITGO Petroleum Corporation**

**Matthew David Monson**
**The Monson Law Firm, LLC**
**900 West Causeway Approach – Suite A**
**Mandeville, LA 70471**
**Telephone:  (985) 778-0678**
**COUNSEL FOR:**
     **Other - Louisiana Surplus Lines Association**

**Richard E. Wilson**
**Somer G. Brown**
**Cox, Cox, Filo, Camel & Wilson, LLC**
**723 Broad Street**
**Lake Charles, LA 70601**
**Telephone: (337) 436-6611**
**COUNSEL FOR:**
> **Plaintiff/Appellee - Emma Bradford**

**Craig Isenberg**
**Joshua O. Cox**
**Barrasso Usdin Kupperman**
**Freeman & Sarver, L.L.C.**
**909 Poydras Street – 24th Floor**
**New Orleans, LA 70112**
**Telephone: (504) 589-9700**
**COUNSEL FOR:**
> **Defendant/Appellant - CITGO Petroleum Corporation**

**R. Heath Savant**
**Donohue Patrick, PLLC**
**450 Laurel Street - Suite 1600**
**Baton Rouge, LA 70801**
**Telephone: (225) 214-1908**
**COUNSEL FOR:**
> **Defendant/Appellee - R & R Construction, Inc.**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Emma Bradford v. CITGO Petroleum Corporation, et al.*, 17-296 (La.App. 3 Cir. __/__/17), ___ So.3d ___ (trial court docket no. 2007-2492), the judgment of the trial court in *Kenneth Pappion, Individually v. CITGO Petroleum Corporation, et al.*, 17-318 (trial court docket no. 2007-2497) is affirmed.

**AFFIRMED.**